ACCEPTED
04-15-00074-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/27/2015 11:12:46 AM
KEITH HOTTLE
CLERK

# THORNTON , BIECHLIN , SEGRATO , REYNOLDS & GUERRA , L.C.

### ATTORNEYS AT LAW

**Vaughan E. Waters**
Board Certified - Civil Appellate Law
Texas Board of Legal Specialization

Direct dial: (210) 581-0295

Writer's e-mail address:
wwaters@thorntonfirm.com

ONE INTERNATIONAL CENTRE
100 N.E. LOOP 410, SUITE 500
SAN ANTONIO, TEXAS 78216-4741
(210) 342-5555
FAX (210) 525-0666

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
RIO GRANDE VALLEY
02/27/2015 11:12:46 AM

KEITH E. HOTTLE
Clerk

February 27, 2015

Mr. Keith E. Hottle                                   *VIA E-FILE*
Clerk, Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, TX 78205

Re:     Cause No. 04-15-00074-CV
        Stacey Scott
        vs.
        Larry Furrow and Keller Williams Legacy Group
        Our File # 38741

Dear Mr. Hottle:

This firm represents Larry Furrow and Keller Williams Legacy Group in connection with the above referenced appeal. I have reviewed the notice of appeal filed on or about February 11, 2015 by Appellant Stacey Scott, *pro se*, by which she attempts to appeal from what she terms the "Final Judgment signed November 13, 2014...granting Defendants', Larry Furrow and Keller Williams Legacy Group's motion for traditional summary judgment... ."

We wish to apprise this Honorable Court that the order of November 13, 2014 referenced by Ms. Scott (styled "Order on Defendant Keller Williams Legacy Group Motion for Traditional and No-Evidence Summary Judgment") is an unappealable, interlocutory order which does not dispose of all issues between and among these parties in the case. In that regard, attached hereto as Exhibit "A" is a true and correct copy of the actual Final Judgment entered in the severed cause and which disposes of all issues between and among Plaintiff/Appellant Stacey Scott and Defendants/Appellees Larry Furrow and Keller Williams Legacy Group. In particular, and as you will note, the earlier order left unresolved the issue of attorney's fees as between these parties; this issue is determined in the February 24, 2015 Final Judgment, which incorporates the earlier interlocutory partial summary judgment in favor of these Defendants.

In view of the foregoing, Ms. Scott's notice of appeal is ineffective to perfect an appeal of any judgment or order over which this Honorable Court would have jurisdiction.

As always, we thank this Honorable Court for its kind attention to this matter.

THORNTON, BIECHLIN, SEGRATO,
REYNOLDS & GUERRA, L.C.

BY_____
Vaughan E. Waters

VEW:jld

Enclosure

cc:     Ms. Stacey Scott via e-mail to staceyscott549@msn.com

CAUSE NO. 13-1125-CV-A

STACEY SCOTT                            §        IN THE DISTRICT COURT
Plaintiff,                             §
                                       §
v.                       FILED         §        GUADALUPE COUNTY, TEXAS
                                       §
LARRY FURROW AND KELLER   FEB 2 4 2015 §
WILLIAMS LEGACY GROUP                  §
                                       §
Defendants.                            §        25TH JUDICIAL DISTRICT

## FINAL JUDGMENT

On this day came to be heard the above styled and numbered cause. All parties appeared by and through their respective counsel and announced "ready." The Court proceeded to take up this matter for consideration in its due order on the docket.

The Court finds that it previously granted summary judgment in favor of Defendants herein, LARRY FURROW and KELLER WILLIAMS LEGACY GROUP, by order dated November 14, 2014, in Cause Number 2013-1125-CV, in the 25th Judicial District Court of Guadalupe County, Texas (the "Main Cause"), ordering that Plaintiff take nothing against the Defendants on all of the Plaintiff's claims; the Court further ordered that Plaintiff's claims against Defendants be severed into a separate cause—assigned as Cause Number 2013-1125-CV-A, in the 25th Judicial District Court of Guadalupe County, Texas (the "Severed Cause").

The Court further finds that the only remaining issues pending before this Court in this, the Severed Cause is the counterclaim by Defendants against Plaintiff seeking recovery of attorneys' fees and costs in favor of Defendants and against Plaintiff.

After examining all of the pleadings on file in this case, reviewing Defendants' Traditional Motion for Summary Judgment on Defendants' Counter-Claim for Attorney's Fees



and the proper summary judgment evidence attached therein and any responses filed thereto, and hearing and considering the arguments and authorities presented by counsel, finds that Defendants' Traditional Motion for Summary Judgment on Defendants' Counter-Claim for Attorney's Fees is well-founded and should be in all things GRANTED.

It is, therefore, ORDERED, ADJUDGED, and DECREED as follows:

1.    The Court hereby incorporates the Summary Judgment entered by this Court in favor of Defendants LARRY FURROW and KELLER WILLIAMS LEGACY GROUP, by order dated November 14, 2014, originally in the Main Cause and ORDERS that Plaintiff Stacey Scott take nothing on all of her claims against Defendants LARRY FURROW and KELLER WILLIAMS LEGACY GROUP.

2.    The Court Further Orders that Defendants LARRY FURROW and KELLER WILLIAMS LEGACY GROUP do have and recover from the Plaintiff Stacey Scott, the following sums as reasonable and necessary attorney's fees:

A. Through the trial of the Plaintiff's claims in the Main Cause
and the Severed Cause attorney's fees:                           $ 70,179.00

B. In the event appeal is perfected to the Fourth Court of
Appeals, the additional sum of:                          ~~$20,000.00~~ $10,000

C. In the event of submission of and/or a response to a
petition for review to the Texas Supreme Court the
additional sum of:                                      ~~$10,000.00~~ $5,000

D. In the event the Texas Supreme Court grants the
petition for review or orders full briefing, the
additional sum of:                                     ~~$20,000.00~~ $10,000

In addition to the foregoing, all costs herein incurred are hereby adjudged against Plaintiff Stacey Scott.



It is the intention of this Court that this Judgment be a full, final, and appealable judgment disposing of all of the parties and all of the relief which is addressed in this, the Severed Cause. It is, therefore, further ORDERED, ADJUDGED, and DECREED that any relief sought in this Severed Cause and not otherwise addressed in this Judgment, is hereby, and in all things DENIED.

SIGNED this _____ day of _____, 2015.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

THORNTON, BIECHLIN, SEGRATO
  REYNOLDS & GUERRA, L.C.
Fifth Floor - One International Centre
100 NE Loop 410
San Antonio, Texas 78216
(210) 342-5555
(210) 525-0666 FAX

BY: _____
    Scott F. Cline
    State Bar No. 04394500
    ATTORNEYS FOR DEFENDANTS
    LARRY FURROW and
    KELLER WILLIAMS LEGACY GROUP

_____
Stacey Scott, Pro Se
634 Ashmore Ave.
New Braunfels, Texas 78130

I, DEBRA CROW, Clerk of the District Courts, in and for Guadalupe County, Texas, do hereby certify that the above and foregoing is a true and correct copy of the original now on file, Given under my hand and seal of said Court at office in Seguin, Guadalupe County, Texas on the _____ day of _____, 20___

DEBRA CROW, District Clerk, Guadalupe County, Texas
By _____ Deputy

